# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00677-CV

**Mark Sayers; Jennifer Sayers; Canyon Power Solutions, LLC; Power Solutions Group, LLC f/k/a Union Critical Power Solutions, LLC; Sayers Real Estate and Development, LLC; and Sayers Construction, LLC, Appellants**

**v.**

**The City of Bryan, Texas, and Bryan Texas Utilities, Appellees**

### FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
### NO. 19-2860, THE HONORABLE SHERRI TIBBE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Sayers Construction LLC has filed a suggestion of bankruptcy. *See* Tex. R. App. P. 8.1. We therefore abate this appeal until a party files a motion to reinstate or a motion to sever. *See* Tex. R. App. P. 8.2, 8.3. Appellants are ordered to inform this Court of the resolution of the bankruptcy proceeding or some other event that would allow this appeal to be reinstated. Should they fail to provide such notice, the appeal will be subject to dismissal for want of prosecution on this Court's or another party's motion. *See* Tex. R. App. P. 42.3(b), (c).

Before Chief Justice Byrne, Justices Triana and Theofanis

Bankruptcy

Filed: January 13, 2023